

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00633-CV

**IN RE J.P.N.**

Original Mandamus Proceeding[1]

**ORDER**

The Relator's First Motion for Extension of Time to File Appellant's Brief is MOOT. The Relator's Motion for Emergency Relief is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009-CI-06183, styled *In the Interest of J.T.N. and J.T.A.N.,* pending in the 407th Judicial District Court, Bexar County, Texas, The Honorable Cathleen M. Stryker presiding.